# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *All Actions* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs identified in Schedule 1 attached hereto, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice each claim against Defendants Quest Diagnostics, Incorporated and Optum 360. Plaintiffs identified in Schedule 1 each reserve the right to proceed in this matter as absent class members.

Dated: July 29, 2020

                                                CARELLA, BYRNE, CECCHI,
                                                OLSTEIN, BRODY & AGNELLO, P.C.
                                                *Counsel for Plaintiffs in the Johns Action*
                                                *Interim Lead Counsel for Plaintiffs*

                                                By:   /s/ James E. Cecchi
                                                          JAMES E. CECCHI

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/30/20

## SCHEDULE 1

| Plaintiff | Case Caption | Case No. | Court |
|---|---|---|---|
| **Misty Marler** | Marler v. Quest Diagnostics, Inc. | 8:19-cv-01091<br>2:19-cv-16542-MCA-MAH | C.D.Cal.<br>D.N.J. |
| **Paula Worthey** | Worthey v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, Does 1-10 | 7:19-cv-05210<br>2:19-cv-16544-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Jorge M. Fernandez, Jr.** | Fernandez v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13398-MCA-MAH | D.N.J. |
| **Hector J. Valdes** | Fernandez v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13398-MCA-MAH | D.N.J. |
| **Brian Lanouette** | Lanouette v. Retrieval-Masters Creditors Bureau, Inc., Optum360, LLC, and Quest Diagnostics Incorporated | 7:19-cv-05216<br>2:19-cv-17046-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Traci Diana Julin** | Julin v. Quest Diagnostics Incorporated | 2:19-cv-13446-MCA-MAH | D.N.J. |
| **Johanna A. Mayer** | Mayer v. Quest Diagnostics, Inc. | 5:19-cv-01029<br>2:19-cv-16543-MCA-MAH | C.D.Cal.<br>D.N.J. |
| **Mark Meisel** | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| **Zakaria Haque** | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| **Robert Oswald** | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| **Lori Weinrib** | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| **Robert Corwin** | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| **Cindy Farber** | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| **Francis Carbonneau** | Carbonneau v. Quest Diagnostics Incorporated | 2:19-cv-13472-MCA-MAH | D.N.J. |
| **Deanna Rahill** | Rahill v. Quest Diagnostics | 2:19-cv-13510-MCA-MAH | D.N.J. |

# SCHEDULE 1

| Plaintiff | Case Caption | Case No. | Court |
|---|---|---|---|
| **Kaesha Gaye Camilia Henry** | Henry v. American Medical Collection Agency, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics Incorporated, Optum360, LLC, Bioreference Laboratories, Inc., and Does 1-50 | 7:19-cv-05392<br>2:19-cv-16711-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Patrick Roggee** | Rogge v. Quest Diagnostics Incorporated | 2:19-cv-13648-MCA-MAH | D.N.J. |
| **Tiffany Dough** | Rogge v. Quest Diagnostics Incorporated | 2:19-cv-13648-MCA-MAH | D.N.J. |
| **Sean DeMarco** | DeMarco v. Quest Diagnostics Incorporated | 2:19-cv-05071<br>2:19-cv-16685-MCA-MAH | C.D.Cal.<br>D.N.J. |
| **Melissa Ryan** | Ryan v. Quest Diagnostics, Inc. | 3:19-cv-01098<br>2:19-cv-16666-MCA-MAH | S.D.Cal.<br>D.N.J. |
| **Daniel Ryan** | Ryan v. Quest Diagnostics, Inc. | 3:19-cv-01098<br>2:19-cv-16666-MCA-MAH | S.D.Cal.<br>D.N.J. |
| **Ritzie Key** | Key v. American Medical Collection Agency, Inc., Optum360, LLC, Quest Diagnostics Incorporated, and Does 1-10 | 7:19-cv-05536<br>2:19-cv-16984-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Mark Johnston** | Johnston v. Quest Diagnostics, Inc. | 2:19-cv-13957-MCA-MAH | D.N.J. |
| **Eric Cinelli** | Cinelli v. Quest Diagnostics Incorporated | 7:19-cv-05803<br>2:19-cv-16982-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Joanna Eggins** | Cinelli v. Quest Diagnostics Incorporated | 7:19-cv-05803<br>2:19-cv-16982-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Satoria Monlyn** | Cinelli v. Quest Diagnostics Incorporated | 7:19-cv-05803<br>2:19-cv-16982-MCA-MAH | S.D.N.Y<br>D.N.J. |
| **Morgan Ottmann** | Allende v. Laboratory Corporation of America | 1:19-cv-05989<br>2:19-cv-16703-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| **Jennifer Raben** | Raben v. Quest Diagnostics, Inc. | 1:19-cv-01889<br>2:19-cv-16603-MCA-MAH | D.Colo.<br>D.N.J. |
| **Michael DeMarshall** | DeMarshall v. Optum360, LLC, Quest Diagnostics Incorporated, and Laboratory Corporation of America Holdings | 0:19-cv-01764<br>2:19-cv-16562-MCA-MAH | D.Minn.<br>D.N.J. |
| **Mark Woods** | Mark Woods v. Quest Diagnostics Incorporated | 2:19-cv-05817<br>2:19-cv-16689-MCA-MAH | C.D.Cal.<br>D.N.J. |
| **Glenn French** | French v. Quest Diagnostics Incorporated | 2:19-cv-14956-MCA-MAH | D.N.J. |
| **Peter D. Smith** | Smith v. Optum 360 LLC, Quest Diagnostics Incorporated, and Laboratory Corporation of America Holdings | 0:19-cv-01903<br>2:19-cv-16571-MCA-MAH | D.Minn.<br>D.N.J. |
| **Emily Smith** | Smith v. Optum 360 LLC, Quest Diagnostics Incorporated, and Laboratory Corporation of America Holdings | 0:19-cv-01903<br>2:19-cv-16571-MCA-MAH | D.Minn.<br>D.N.J. |
| **Douglas Dermody** | Dermody v. American Medical Collection Agency, Inc. | 5:19-cv-01235<br>2:19-cv-16985-MCA-MAH | N.D. Ala.<br>D.N.J. |

## SCHEDULE 1

| Plaintiff | Case Caption | Case No. | Court |
|---|---|---|---|
| **Daniela Goyer** | Dermody v. American Medical Collection Agency, Inc. | 5:19-cv-01235<br>2:19-cv-16985-MCA-MAH | N.D. Ala.<br>D.N.J. |
| **Hannah Weiss** | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| **Vicki Johns** | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| **Brian Levy** | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| **Naomi Shapiro** | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| **Erin Theresa Gray** | Gray v. Laboratory Corporation of America Holdings et al | 4:19-cv-00139<br>2:19-cv-17788-MCA-MAH | M.D. Ga.<br>D.N.J. |